UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY LEE WRIGHT                                              PLAINTIFF

    vs.                  Case No. 05-2010

PLEASANT VIEW SCHOOL
DISTRICT, et al.                                              DEFENDANTS

### O R D E R

On December 1, 2005, the Court entered an order granting defendant's motion to disqualify plaintiff's counsel and granted plaintiff 60 days from the date of the order in which to retain new counsel. As of this date, no attorney has entered an appearance on behalf of plaintiff. Plaintiff shall have until **March 14, 2006,** to have an attorney enter an appearance in this case or to advise the Court in writing that he intends to proceed without an attorney. **Plaintiff is advised that his failure to comply with this order may result in the dismissal of this action**.

IT IS SO ORDERED this 24th day of February 2006.

                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE